```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9.27.2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wu,

                Plaintiff,

  -v-

Bankers Life Securities, Inc. et al.,

                Defendants.

18-cv-5508 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      It having been reported to this Court that this case has been settled, *see* Dkt. No. 17, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days. To be clear, any application to reopen **must** be filed **within forty-five days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.

      All scheduled conferences are hereby adjourned. Within the forty-five-day period provided for in this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Pursuant to Rule 5.A. of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless the terms of the agreement are made part of the public record.

      SO ORDERED.

Dated: September 26, 2018
New York, New York

_____
ALISON J. NATHAN
United States District Judge

# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Adam J. Kaiser           Direct Dial: 212-210-9465           Email: adam.kaiser@alston.com

September 24, 2018

VIA ECF

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Wu v. Bankers Life Securities, Inc. et al*, Case No. 1:18-cv-05508-AJN (S.D.N.Y.)

Dear Judge Nathan:

      This firm is counsel to Defendants in the above-captioned action. We write to advise the Court that the parties have reached a settlement and anticipate filing a Stipulation of Dismissal with Prejudice within forty-five (45) days.

      Accordingly, Defendants respectfully request an adjournment to November 9, 2018 of their September 26, 2018 deadline to answer, move or otherwise respond to the Complaint. This request is not made for any dilatory reason and will not prejudice any party. Plaintiff consents to the adjournment.

      We appreciate the Court's courtesies in this regard.

Respectfully submitted,

/s/ Adam J. Kaiser
Adam J. Kaiser

cc:   Dana Lauren Gottlieb, Esq. (via ECF)

Alston & Bird LLP                                                                                       www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.